FILED
CLERK, U.S. DISTRICT COURT
APR 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL COMMERCIAL PRODUCTS, LLC<br>Plaintiff<br>v.<br>SUNSHINE MID-AMERICA, LLC<br>Defendant. | Case No. 2:07-CV-07059-AHM(AJWx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND ENTERING JUDGMENT FOR PLAINTIFF** |

On April 3, 2008, plaintiff Continental Commercial Products, LLC filed its Motion for Judgment on the Pleadings. On April 16, 2008, defendant Sunshine Mid-America, LLC filed a statement of its intention not to oppose plaintiff's motion. Accordingly, plaintiff's motion is **GRANTED**, and judgment is entered in plaintiff's favor and against defendant in the amount of $83,009.56.

**IT IS SO ORDERED.**

DATED:    April 22, 2008

_____
A. HOWARD MATZ
United States District Judge